■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CYNTHIA GARRETT, Appellant. [40 NYS3d 262]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered November 7, 2013, convicting defendant, upon her plea of guilty, of criminal possession of a controlled substance in the third degree, and sentencing her, as a second felony drug offender, to a term of 2 years, with 2 years' postrelease supervision, unanimously affirmed.

Upon our review of the sealed affidavit in support of the search warrant application, we find that "the confidential informant existed," "the information from the informant provided ample basis to conclude that the informant had a basis for his or her knowledge," and "it further sufficed to establish probable cause" to search the apartment (*People v Vasquez*, 140 AD3d 571, 572 [1st Dept 2016] [internal quotation marks and citation omitted]).

We perceive no basis for reducing the term of postrelease supervision. Concur—Tom, J.P., Sweeny, Richter, Manzanet-Daniels and Webber, JJ.

■ MICHELLE A. GOLDBERG, Respondent, v GLENN M. GOLDBERG, Appellant. [40 NYS3d 263]—

Order, Supreme Court, New York County (Ellen Gesmer, J.), entered February 5, 2016, which, insofar as appealed from, denied defendant father's cross motion and declared that he is not entitled to any credit against his child support payments for his payments toward his youngest son's college expenses, unanimously affirmed, without costs.

The parties' agreements are clear that defendant is responsible for the college expenses, including room and board, for the parties' youngest son. Defendant is not entitled to a credit against his obligation to pay the child's room and board expenses in the amount of his child support payments because no such credit was contemplated by the agreements (*see Matter of Eagar v Suchan*, 128 AD3d 961, 963 [2d Dept 2015]; *Matter of Filosa v Donnelly*, 94 AD3d 760, 761 [2d Dept 2012]).

We have considered defendant's remaining arguments and find them unavailing. Concur—Tom, J.P., Sweeny, Richter, Manzanet-Daniels and Webber, JJ.